**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY D. JAMES III, | ) NO. EDCV 12-1681-JAK (MAN) |
|             Petitioner, | ) |
|     v. | ) ORDER ACCEPTING FINDINGS AND |
| DAVID LONG, | ) RECOMMENDATIONS OF UNITED STATES |
|             Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

         IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

         LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 6, 2013                        .

                                                    _____
                                                    JOHN A. KRONSTADT
                                                    UNITED STATES DISTRICT JUDGE