**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY D. JAMES III, | ) NO. EDCV 12-1681-JAK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DAVID LONG, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 6, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE